# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:     (315) 422-9331
LWOODARD@HARRISBEACH.COM

January 25, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:   Nicholas & Sarah Schuler - Case No. 07-32639

Dear Clerk:

Enclosed please find a check in the amount of $1.74 for the benefit of National Grid, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of National Grid is 300 Erie Blvd. West, Bankruptcy Team C-3, Syracuse, NY 13202.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

**RECEIVED**
JAN 26 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY