# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:     (315) 422-9331
LWOODARD@HARRISBEACH.COM

May 3, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

**RECEIVED**

**MAY 05 2010**

Re:   Nicholas R. & Sarah E. Schuler - Case No. 07-32639

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Dear Clerk:

Enclosed please find a check in the amount of $268.71 for the benefit of FIA Card Services, N.A./Bank of America, by American InfoSource L.P., as its agent, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of FIA Card Services, N.A./Bank of America, by American InfoSource L.P., as its agent is 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

**FILED**

MAY 05 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY