**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

May 3, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

RECEIVED

MAY 05 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

    Re:   Nicholas R. & Sarah E. Schuler - Case No. 07-32639

Dear Clerk:

    Enclosed please find a check in the amount of $136.60 for the benefit of Discover Bank/DFS Services, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Discover Bank/DFS Services is P.O. Box 3025, New Albany, OH 43054-3025.

                          Sincerely,

                          HARRIS BEACH PLLC

                          Lee E. Woodard

LEW/ca
Enc.

**FILED**

MAY 05 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY